

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ARTHUR JORDAN, | § | No. 08-13-00301-CR |
| Appellant, | § | Appeal from the |
| v. | § | 283rd District Court |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# F-1271156-T) |
| | § | |

**O R D E R**

The Court has this day considered the appellant's motion to supplement the record on appeal and to hold the briefing schedule in abeyance, and concludes the motion should be GRANTED.

Therefore, it is ORDERED that Anne B. Meredith, Deputy Court Reporter, file a supplemental reporter's record containing the July 26, 2013 hearing with this Court on or before March 11, 2014. The Appellant's brief will be due 20 days from the date the supplemental reporter's record is filed.

IT IS SO ORDERED this 19th day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.